1  TANYA LEVINSON MOORE, Bar No. 206683
   Moore Law Firm, P.C.
2  E-mail: tanya@moorelawfirm.com
   332 N. Second Street
3  San Jose, CA 95112
   Telephone: 408-271-6600
4  Facsimile: 408-298-6046
   Attorneys for Plaintiff
5  THERESA WALLEN

6

7  DANIEL J. CRAVENS, Bar No. 207859
   LITTLER MENDELSON
   A Professional Corporation
8  E-mail: dcravens@littler.com
   5200 N. Palm Avenue, Suite 302
9  Fresno, CA 93711
   Telephone: 559-244-7500
10 Facsimile: 559-244-7525

11 Attorneys for Defendant
   LARK AVENUE CAR WASH, THE FRANK J.
12 DORSA AND MARILYN DORSA FAMILY
   TRUST DATED JUNE 22, 1982

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 | THERESA WALLEN,                          | Case No.  CV-10-04090 PVT
17 |         Plaintiff,                       | **STIPULATION AND ORDER TO EXTEND TIME OF DEFENDANTS TO RESPOND TO ORIGINAL COMPLAINT AND**
18 |   v.                                     |
19 | LARK AVENUE CAR WASH dba LARK
   | AVENUE CLASSIC ARE WASH,
20 | FRANK J. DORSA, MARILYN DORSA,
   | AS TRUSTEES OF THE FRANK J.
21 | DORSA AND MARILYN DORSA
   | FAMILY TRUST DATED JUNE 22,
22 | 1982,
23 |         Defendant.

24

25

26          Counsel for the parties have agreed that, under the authority granted by this Court's

27  Local Rule 144(a) and Fed. R. Civ. P. 6, the Defendants LARK AVENUE CAR WASH and THE

28  FRANK J. DORSA AND MARILYN DORSA FAMILY TRUST may have a additional two week

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. CV-10-04090 PVT)

STIPULATION AND ORER TO EXTEND TIME OF DEFENDANTS TO RESPOND TO ORIGINAL COMPLAINT

1  extension from November 29, 2010 to Monday, December 13, 2010, to file and serve their
2  responsive pleadings to the original complaint in this action.

3  The parties are in advanced settlement negotiations and have agreed on repairs to the
4  property but need additional time, due to the holidays, to resolve the financial component of the
5  settlement. The parties expect to fully resolve this matter within the next two weeks. A short
6  extension of the time to respond to the complaint will facilitate settlement.

Dated: November 23, 2010

/s/ Tanya L. Moore
TANYA LEVINSON MOORE,
Moore Law Firm, P.C.
Attorneys for Plaintiff
THERESA WALLEN

Dated: November 23, 2010

/s/ Daniel J. Cravens
DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LARK AVENUE CAR WASH;
THE FRANK J. DORSA AND MARILYN
DORSA FAMILY TRUST

ORDER

The Court, having reviewed the foregoing Stipulation, hereby approves the Stipulation and extends the time for Defendants to answer or otherwise plead by three weeks, from November 29, 2010 to December 13, 2010.

IT IS SO ORDERED

*Patricia V. Trumbull*
UNITED STATED MAGISTRATE JUDGE
*11/24/10*

Firmwide:98815298.1 066603.1001
(NO. CV-10-04090 PVT)                          2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION AND ORDER TO EXTEND TIME OF DEFENDANTS TO RESPOND TO ORIGINAL COMPLAINT